IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      v.                                                                                               23-CR-102-V

BRIAN ROSENTHAL,

                Defendant.

---

## NOTICE OF MOTION AND REQUEST TO SEAL MOTION TO DISQUALIFY DEFENSE COUNSEL DUE TO MULTIPLE CONFLICTS OF INTEREST

**PLEASE TAKE NOTICE** that the government hereby requests permission to file under seal its motion, affidavit, and exhibit in support of its motion to disqualify defense counsel due to multiple conflicts of interest.  The reasons justifying sealing are further contained in the affidavit in support said motion.[1]

      DATED:  Buffalo, New York, October 4, 2023.

                                                      TRINI E. ROSS
                                                      United States Attorney

                        BY:    s/JOSEPH M. TRIPI
                                Assistant United States Attorney
                                United States Attorney's Office
                                Western District of New York
                                138 Delaware Avenue
                                Buffalo, New York  14202
                                716/843-5839
                                Joseph.Tripi@usdoj.gov

---

[1] The information contained in the motion and affidavit is of a sensitive nature and includes grand jury information and details about an ongoing investigation.