AO 442 (Rev. 11/11) Arrest Warrant

# United States District Court
## for the
### Western District of New York



United States of America

v.

**JOSEPH BARSUK**

_Defendant_

Case No. 23-CR-

23CR102

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay _(name of person to be arrested)_ **JOSEPH BARSUK**, who is accused of an offense or violation based on the following document filed with the Court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violations of Title 18, United States Code, Sections 1594(c), 1591(a)(1) and 1591(b)(1).

Date: SEP 14 2023

_Issuing officer's signature_

City and State:  Buffalo, New York

MARY C. LOEWENGUTH
CLERK OF THE COURT
_Printed name and Title_

### Return

This warrant was received on _(date)_ 9/15/2023, and the person was arrested on _(date)_ 9/27/2023,
at _(city and state)_ Buffalo, NY.

Date: 9/27/2023

Executing _Arresting officer's signature_

David Starke, Inv. Analyst
_Printed name and title_