AO 442 (Rev. 11/11) Arrest Warrant

# United States District Court
### for the
### Western District of New York

United States of America

v.

**BRIAN ROSENTHAL**

*Defendant*

Case No. 23-CR-

**23CR 102**

*FILED NOV 8 2023 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **BRIAN ROSENTHAL**, who is accused of an offense or violation based on the following document filed with the Court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Violations of Title 18, United States Code, Sections 1594(c), 1001(a)(2), and 4.

Date: SEP 14 2023

*Issuing officer's signature*

City and State: Buffalo, New York

MARY C. LOEWENGUTH
CLERK OF THE COURT
*Printed name and Title*

### Return

This warrant was received on *(date)* 9/15/2023, and the person was arrested on *(date)* 9/27/2023,
at *(city and state)* Buffalo, NY.

Date: 9/27/2023

Executing
David Starke, Inv. Analyst
*Arresting officer's signature*
*Printed name and title*